474 A.2d 207

In re TREVOR A.

No. 105, Sept. Term, 1983.

Court of Appeals of Maryland.

May 2, 1984.

Julia A. Doyle, Asst. Public Defender, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on the brief), for appellant.

Jillyn K. Schulze, Asst. Atty. Gen., Baltimore (Stephen H. Sachs, Atty. Gen., Baltimore, on the brief), for appellee.

Argued before MURPHY, C.J., ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ., and W. ALBERT MENCHINE, Associate Judge of the Court of Special Appeals (retired), Specially Assigned.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, —— Md. ——, 466 A.2d 1291, it is this 2nd day of May, 1984

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.